JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ULICIS ACEVEDO-YANEZ,<br><br>  Defendant. | No. CR22-091-RSL<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release the Court having reviewed the motion, defense counsel's declaration in support of the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Acevedo-Yanez's supervised release is warranted by the conduct of Mr. Acevedo-Yanez and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Acevedo-Yanez shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 3rd day of January, 2023.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR
EARLY TERMINATION OF SR
(*U.S. v. Acevedo-Yanez*, CR22-091-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Submitted by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Ulicis Acevedo-Yanez

ORDER GRANTING MOTION FOR
EARLY TERMINATION OF SR
(*U.S. v. Acevedo-Yanez*, CR22-091-RSL)   - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**